■ Doris Vineberg et al., Appellants, v Town of Bethlehem, Respondent.—Appeal from an order of the Supreme Court at Special Term (Williams, J.), entered June 17, 1985 in Albany County, which, *inter alia,* granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Robert C. Williams at Special Term. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.